# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

Anat Madar
2010 Terwood Road, Huntingdon Valley, PA 19006

**(b)** County of Residence of First Listed Plaintiff    Philadelphia
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Andrew L. Miller, Esquire
15 St. Asaph's Road, Bala Cynwyd, PA 19004

## DEFENDANTS

City of Philadelphia
One Parkway Building, 14th Floor

County of Residence of First Listed Defendant    Philadelphia
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

Jonathan Cooper, Esquire
1515 Arch Street, 14th Floor, Philadelphia, PA 19102

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1  U.S. Government
     Plaintiff
- ☒ 3  Federal Question
     *(U.S. Government Not a Party)*
- ☐ 2  U.S. Government
     Defendant
- ☐ 4  Diversity
     *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)* *and One Box for Defendant)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | Pharmaceutical Personal Injury Product Liability | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | **SOCIAL SECURITY** | ☐ 480 Consumer Credit (15 USC 1681 or 1692) |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 861 HIA (1395ff) | ☐ 485 Telephone Consumer Protection Act |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 210 Land Condemnation | ☒ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 896 Arbitration |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☐ 1  Original Proceeding
- ☒ 2  Removed from State Court
- ☐ 3  Remanded from Appellate Court
- ☐ 4  Reinstated or Reopened
- ☐ 5  Transferred from Another District *(specify)*
- ☐ 6  Multidistrict Litigation - Transfer
- ☐ 8  Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity):*
42 U.S.C, Section 1983

Brief description of cause:
Equal Rights Protection

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION**
   UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:**   ☐ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*       JUDGE                                DOCKET NUMBER

DATE  12/18/19       SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #          AMOUNT          APPLYING IFP          JUDGE          MAG. JUDGE

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**DESIGNATION FORM**
*(to be used by counsel or pro se plaintiff to indicate the category of the case for the purpose of assignment to the appropriate calendar)*

Address of Plaintiff: _____Anat Madar, 2010 Terwood Road, Huntingdon Valley, PA 19006_____

Address of Defendant: _City of Philadelphia Law Department, 1515 Arch Street, 14th Floor, Philadelphia, PA_

Place of Accident, Incident or Transaction: _____Philadelphia, PA_____

---

**RELATED CASE, IF ANY:**

Case Number: _____   Judge: _____   Date Terminated: _____

Civil cases are deemed related when *Yes* is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?   Yes ☐   No ☑

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?   Yes ☐   No ☑

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action of this court?   Yes ☐   No ☑

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?   Yes ☐   No ☑

I certify that, to my knowledge, the within case ☐ is / ☑ is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: _12/20/2019_   _____   _____316374_____
    *Attorney-at-Law / Pro Se Plaintiff*   *Attorney I.D. # (if applicable)*

---

**CIVIL: (Place a √ in one category only)**

**A.   Federal Question Cases:**

☐ 1. Indemnity Contract, Marine Contract, and All Other Contracts
☐ 2. FELA
☐ 3. Jones Act-Personal Injury
☐ 4. Antitrust
☐ 5. Patent
☐ 6. Labor-Management Relations
☑ 7. Civil Rights
☐ 8. Habeas Corpus
☐ 9. Securities Act(s) Cases
☐ 10. Social Security Review Cases
☐ 11. All other Federal Question Cases
       *(Please specify):*

**B.   Diversity Jurisdiction Cases:**

☐ 1. Insurance Contract and Other Contracts
☐ 2. Airplane Personal Injury
☐ 3. Assault, Defamation
☐ 4. Marine Personal Injury
☐ 5. Motor Vehicle Personal Injury
☐ 6. Other Personal Injury *(Please specify):* _____
☐ 7. Products Liability
☐ 8. Products Liability – Asbestos
☐ 9. All other Diversity Cases
       *(Please specify):* _____

---

**ARBITRATION CERTIFICATION**
*(The effect of this certification is to remove the case from eligibility for arbitration.)*

I, _____, counsel of record *or* pro se plaintiff, do hereby certify:

☐ Pursuant to Local Civil Rule 53.2, § 3(c) (2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs:

☐ Relief other than monetary damages is sought.

DATE: _____   _____   _____
    *Attorney-at-Law / Pro Se Plaintiff*   *Attorney I.D. # (if applicable)*

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **Anat Madar** | : | **COURT OF COMMON PLEAS** |
| **2010 Terwood Road** | : | |
| **Huntingdon Valley, PA 19006** | : | **PHILADELPHIA COUNTY** |
| | : | |
| **vs.** | : | |
| | : | |
| **City of Philadelphia** | : | |
| **c/o City of Philadelphia Law Department** | : | **November Term 2019** |
| **1515 Arch Street, 17th Floor** | : | **No.:  003525** |
| **Philadelphia, PA  19102** | : | |
| **and** | : | |
| **Honorable James Kenney** | : | |
| **Mayor of the City of Philadelphia** | : | |
| **Room 215, City Hall** | : | |
| **1501 Market Street** | : | |
| **Philadelphia, PA  19107** | : | |
| **and** | : | |
| **David Perri** | : | |
| **Commissioner of the Department of** | : | |
| **Licenses and Inspections** | : | |
| **1401 John F. Kennedy Boulevard** | : | |
| **11th Floor** | : | |
| **Philadelphia, PA 19102** | : | |

## CERTIFICATE OF SERVICE

### CASE MANAGEMENT TRACK DESIGNATION FORM

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants.  (See § 1:03 of the plan set forth on the reverse side of this form.)  In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a case management track designation form specifying the track to which that defendant believes the case should be assigned.

**SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:**

(a) Habeas Corpus -- Cases brought under 28 U.S.C. §2241through § 2255.                              (   )

(b) Social Security -- Cases requesting review of a decision of the Secretary of Health
     and Human Services denying plaintiff Social Security Benefits.                                        (   )

(c) Arbitration -- Cases required to be designated for arbitration under Local Civil Rule 53.2.       (   )

(d) Asbestos -- Cases involving claims for personal injury or property damage from
     exposure to asbestos.                                                                                (   )

(e) Special Management -- Cases that do not fall into tracks (a) through (d) that are
     commonly referred to as complex and that need special or intense management by
     the court.  (See reverse side of this form for a detailed explanation of special
     management cases.)                                                                                        (   )

(f)   Standard Management -- Cases that do not fall into any one of the other tracks.        ( X )

Date  12/18/19

Jonathan Cooper, Esq.

Defendants
                                                                                    Attorney for

(215) 683-5448                    (215) 683-5397                    Jonathan.Cooper@phila.gov

Telephone                    FAX Number                    E-mail Address

(Civ. 660) 10/02

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **Anat Madar**<br>2010 Terwood Road<br>Huntingdon Valley, PA 19006 | :<br>:<br>: | **COURT OF COMMON PLEAS** |
| | : | **PHILADELPHIA COUNTY** |
| **vs.** | :<br>: | |
| **City of Philadelphia**<br>c/o City of Philadelphia Law Department<br>1515 Arch Street, 17th Floor<br>Philadelphia, PA 19102<br>        and | :<br>:<br>:<br>:<br>: | **November Term 2019**<br>No.:  003525 |
| **Honorable James Kenney**<br>**Mayor of the City of Philadelphia**<br>Room 215, City Hall<br>1501 Market Street<br>Philadelphia, PA 19107<br>        and | :<br>:<br>:<br>:<br>:<br>: | |
| **David Perri**<br>**Commissioner of the Department of**<br>**Licenses and Inspections**<br>1401 John F. Kennedy Boulevard<br>11th Floor<br>Philadelphia, PA 19102 | :<br>:<br>:<br>:<br>:<br>: | |

## NOTICE OF REMOVAL

**To the Honorable Judges of the United States District Court for the Eastern District of Pennsylvania.**

Pursuant to 28 U.S.C. § 1441, City of Philadelphia, Honorable James Kenney, David Perri, Commissioner of the Department of Licenses and Inspections (hereinafter "petitioners") through their counsel, Jonathan Cooper, Deputy City Solicitor, respectfully petition for the removal of this action to the United States District Court for the Eastern District of Pennsylvania.  In support thereof, defendants state the following:

1.     In November 2019, plaintiff initiated this action by a Complaint in the Court of Common Pleas,  November Term, 2019; No. 003525.  (Exhibit A - Complaint).

2.     On December 4, 2019 said Complaint was served on Petitioners at 1515 Arch Street, 14th Floor, Philadelphia, Pennsylvania.

3.  Plaintiff alleges that on an unspecified date in 2019 he sustained damages when his civil rights were violated by the defendants. (Exhibit A ).

4.   This action may be removed to this Court pursuant to 42 U.S.C. § 1983 since Plaintiff's Complaint contains allegations of violations of the plaintiff's Federal Civil Rights and seeks relief under 42 U.S.C. § 1983.  (Exhibit A)

**Wherefore,** petitioners, City of Philadelphia, Honorable James Kenney, David Perri, Commissioner of the Department of Licenses and Inspections respectfully request that the captioned Complaint be removed to the United States District Court for the Eastern District of Pennsylvania.

Respectfully submitted,

Jonathan Cooper
Deputy City Solicitor

**Jonathan Cooper**
**Deputy City Solicitor**
**Attorney I.D. No. 316374**
1515 Arch Street, 14th Floor
Philadelphia, PA  19102
215-683-5448

Date: _12/18/19_

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **Anat Madar**<br>**2010 Terwood Road**<br>**Huntingdon Valley, PA 19006** | :<br>:<br>: | **COURT OF COMMON PLEAS** |
| | : | **PHILADELPHIA COUNTY** |
| **vs.** | :<br>: | |
| | : | |
| **City of Philadelphia**<br>**c/o City of Philadelphia Law Department**<br>**1515 Arch Street, 17th Floor**<br>**Philadelphia, PA  19102**<br>and<br>**Honorable James Kenney**<br>**Mayor of the City of Philadelphia**<br>**Room 215, City Hall**<br>**1501 Market Street**<br>**Philadelphia, PA  19107**<br>and<br>**David Perri**<br>**Commissioner of the Department of**<br>**Licenses and Inspections**<br>**1401 John F. Kennedy Boulevard**<br>**11th Floor**<br>**Philadelphia, PA 19102** | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | **November Term 2019**<br>**No.: 003525** |

## NOTICE OF FILING OF REMOVAL

TO:     Andrew L. Miller, Esquire
        15 St. Asaph's Rd.
        Bala Cynwyd, PA  19004

PLEASE TAKE NOTICE THAT on December 20, **2019** defendants, City of Philadelphia, Honorable James Kenney, David Perri, Commissioner of the Department of Licenses and Inspections filed, in the office of the Clerk of the United States District Court for the Eastern District of Pennsylvania a verified Notice of Removal.

A copy of this Notice of Removal is attached hereto and is also being filed with the Clerk of the Court of Common Pleas of Philadelphia County, pursuant to Title 28, United States Code, Section 1441.

Jonathan Cooper
**Deputy City Solicitor**
**Attorney I.D. No. 316374**
1515 Arch Street, 14th Floor
Philadelphia, PA  19102
215-683-5448

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **Anat Madar** | : | **COURT OF COMMON PLEAS** |
| **2010 Terwood Road** | : | |
| **Huntingdon Valley, PA 19006** | : | **PHILADELPHIA COUNTY** |
| | : | |
| **vs.** | : | |
| | : | |
| **City of Philadelphia** | : | |
| **c/o City of Philadelphia Law Department** | : | **November Term 2019** |
| **1515 Arch Street, 17th Floor** | : | **No.:  003525** |
| **Philadelphia, PA  19102** | : | |
| **and** | : | |
| **Honorable James Kenney** | : | |
| **Mayor of the City of Philadelphia** | : | |
| **Room 215, City Hall** | : | |
| **1501 Market Street** | : | |
| **Philadelphia, PA  19107** | : | |
| **and** | : | |
| **David Perri** | : | |
| **Commissioner of the Department of** | : | |
| **Licenses and Inspections** | : | |
| **1401 John F. Kennedy Boulevard** | : | |
| **11th Floor** | : | |
| **Philadelphia, PA 19102** | : | |

## NOTICE OF FILING OF NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1441, Defendants, City of Philadelphia, Honorable James Kenney, David Perri, Commissioner of the Department of Licenses and Inspections (collectively, the "Removing Defendants"), by and through undersigned counsel, hereby give notice that they have filed in the United States District court for the Eastern District of Pennsylvania the attached Notice of Removal (without exhibits) of the above-captioned action.

Pursuant to 42 U.S.C. § 1441, the filing of this Notice effects the removal of this action to the federal court, and this Court is directed to "proceed no further unless and until the case is remanded." 42 U.S.C. § 1441.

Respectfully submitted,

Date:

Jonathan Cooper, Esquire
Deputy City Solicitor

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Anat Madar | : | **COURT OF COMMON PLEAS** |
| 2010 Terwood Road | : | |
| Huntingdon Valley, PA 19006 | : | **PHILADELPHIA COUNTY** |
| | : | |
| vs. | : | |
| | : | |
| City of Philadelphia | : | |
| c/o City of Philadelphia Law Department | : | **November Term 2019** |
| 1515 Arch Street, 17th Floor | : | No.:  003525 |
| Philadelphia, PA  19102 | : | |
| and | : | |
| Honorable James Kenney | : | |
| Mayor of the City of Philadelphia | : | |
| Room 215, City Hall | : | |
| 1501 Market Street | : | |
| Philadelphia, PA  19107 | : | |
| and | : | |
| David Perri | : | |
| Commissioner of the Department of | : | |
| Licenses and Inspections | : | |
| 1401 John F. Kennedy Boulevard | : | |
| 11th Floor | : | |
| Philadelphia, PA 19102 | : | |

## CERTIFICATE OF SERVICE

I, Jonathan Cooper,  Deputy City Solicitor, do hereby certify that a true and correct copy of the attached Notice of Removal has been served upon the following by First Class Mail, postpaid, on the date indicated below:

TO:  Andrew L. Miller ,Esquire
     15 St. Asaph's Road
     Bala Cynwyd, PA  19004

Jonathan Cooper
**Deputy City Solicitor**
**Attorney I.D. No. 316374**
1515 Arch Street, 14th Floor
Philadelphia, PA  19102
215-683-5448

Date:  12/18/19

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Anat Madar | : | **COURT OF COMMON PLEAS** |
| 2010 Terwood Road | : | |
| Huntingdon Valley, PA 19006 | : | **PHILADELPHIA COUNTY** |
| | : | |
| **vs.** | : | |
| | : | |
| City of Philadelphia | : | |
| c/o City of Philadelphia Law Department | : | **November Term 2019** |
| 1515 Arch Street, 17th Floor | : | No.:  003525 |
| Philadelphia, PA  19102 | : | |
| and | : | |
| Honorable James Kenney | : | |
| Mayor of the City of Philadelphia | : | |
| Room 215, City Hall | : | |
| 1501 Market Street | : | |
| Philadelphia, PA  19107 | : | |
| and | : | |
| David Perri | : | |
| Commissioner of the Department of | : | |
| Licenses and Inspections | : | |
| 1401 John F. Kennedy Boulevard | : | |
| 11th Floor | : | |
| Philadelphia, PA 19102 | : | |

### CERTIFICATE OF SERVICE

I, Jonathan Cooper,  Deputy City Solicitor, do hereby certify that a true and correct copy of the attached Notice of Removal has been served upon the following by First Class Mail, postpaid, on the date indicated below:

TO:   Piayon Lassanah, Esquire
        1333 Chestnut Street
        Philadelphia, PA  19147

Jonathan Cooper
**Deputy City Solicitor**
**Attorney I.D. No. 316374**
1515 Arch Street, 14th Floor
Philadelphia, PA  19102
215-683-5448

Date: 12/18/19

Exhibit "A"

Rise 2019(044-7s                              703/76

Court of Common Pleas of Philadelphia County
Trial Division

# Civil Cover Sheet

| | For Prothonotary Use Only (Docket Number) |
|---|---|
| **NOVEMBER 2019** | **003525** |
| E-Filing Number: 1911059671 | |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| ANAT MADAR | CITY OF PHILADELPHIA   ✓ o/c |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| 2010 TERWOOD ROAD HUNTINGDON VALLEY PA 19006 | C/O LAW DEPARTMENT 1515 ARCH STREET, 17TH FLOOR PHILADELPHIA PA 19102 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| | JAMES KENNEY |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| | 1501 MARKET STREET, ROOM 215 CITY HALL PHILADELPHIA PA 19107 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| | DAVID PERRI |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| | 1401 JFK BOULEVARD 11TH FLOOR PHILADELPHIA PA 19102 |

| TOTAL NUMBER OF PLAINTIFFS | TOTAL NUMBER OF DEFENDANTS | COMMENCEMENT OF ACTION | | |
|---|---|---|---|---|
| 1 | 3 | [X] Complaint [ ] Writ of Summons | [ ] Petition Action [ ] Transfer From Other Jurisdictions | [ ] Notice of Appeal |

| AMOUNT IN CONTROVERSY | COURT PROGRAMS | | | |
|---|---|---|---|---|
| [ ] $50,000.00 or less [X] More than $50,000.00 | [ ] Arbitration [X] Jury [ ] Non-Jury [ ] Other: | [ ] Mass Tort [ ] Savings Action [ ] Petition | [ ] Commerce [ ] Minor Court Appeal [ ] Statutory Appeals | [ ] Settlement [ ] Minors [ ] W/D/Survival |

| CASE TYPE AND CODE |
|---|
| 3O - REAL PROPERTY - OTHER |

| STATUTORY BASIS FOR CAUSE OF ACTION |
|---|
| . |

| RELATED PENDING CASES (LIST BY CASE CAPTION AND DOCKET NUMBER) | | IS CASE SUBJECT TO COORDINATION ORDER? |
|---|---|---|
| | **FILED PRO PROTHY** NOV **26** 2019 **A. SILIGRINI** | YES    NO |

TO THE PROTHONOTARY:

Kindly enter my appearance on behalf of Plaintiff/Petitioner/Appellant: ANAT MADAR

Papers may be served at the address set forth below.

| NAME OF PLAINTIFF'S/PETITIONER'S/APPELLANT'S ATTORNEY | ADDRESS |
|---|---|
| ANDREW L. MILLER | 15 ST. ASAPH'S RD BALA CYNWYD PA 19004 |

| PHONE NUMBER | FAX NUMBER | |
|---|---|---|
| (610) 617-1776 | (610) 664-9435 | |

| SUPREME COURT IDENTIFICATION NO. | E-MAIL ADDRESS |
|---|---|
| 55994 | amiller@amillerlaw.com |

| SIGNATURE OF FILING ATTORNEY OR PARTY | DATE SUBMITTED |
|---|---|
| ANDREW MILLER | Tuesday, November 26, 2019, 01:54 pm |

FINAL COPY (Approved by the Prothonotary Clerk)

Andrew L. Miller & Associates, P.C.
By: Andrew L. Miller, Esquire
Attorney I.D. #55994
15 St. Asaph's Road
Bala Cynwyd, PA 19004
(610) 617-1776

MAJOR JURY MATTERS

ASSESSMENT OF DAMAGES
HEARING REQUIRED

Filed and Attested by the
Office of Judicial Records
26 NOV 2019 01:34 pm
A. SILDERINI

_____

Anat Madar                                    :        COURT OF COMMON PLEAS
2010 Terwood Road                             :        PHILADELPHIA COUNTY
Huntingdon Valley, PA 19006                   :
                                              :
                vs.                           :
                                              :
                                              :
City of Philadelphia                          :
c/o City of Philadelphia Law Department:      :
1515 Arch Street, 17th Floor                  :
Philadelphia, PA 19102                        :
                and                           :
Honorable James Kenney                        :
Mayor of the City of Philadelphia             :
Room 215, City Hall                           :
1501 Market Street                            :
Philadelphia, PA 19107                        :
                and                           :
David Perri                                   :
Commissioner of the Department of             :
Licenses and Inspections                      :
City of Philadelphia                          :
1401 John F. Kennedy Boulevard                :
11th Floor                                    :
Philadelphia, PA 19102                        :
_____              :

## NOTICE

You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint or for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you.

Case ID: 191103525

YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE.  IF YOU DO NOT HAVE A LAWYER (OR CANNOT AFFORD ONE), GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP.

THIS OFFICE CAN PROVIDE YOU WITH INFORMATION ABOUT HIRING A LAWYER.  IF YOU CANNOT AFFORD TO HIRE A LAWYER, THIS OFFICE MAY BE ABLE TO PROVIDE YOU WITH INFORMATION ABOUT AGENCIES THAT MAY OFFER LEGAL SERVICES TO ELIGIBLE PERSONS AT A REDUCED FEE OR NO FEE.

**Philadelphia Bar Association**
**Lawyer Referral and Information Center**
**One Reading Center**
**Philadelphia, PA 19107**
**Telephone 215-238-6333/ TTY 215-451-6197**

### NOTICIA

Le han demandado en corte.  Si usted quiere defenderse contra las demandas nombradas en las paginas siguientes, tiene viente (20) dias a partir de recibir esta demanda y notificacion para entablar personalmente o por un abogado una comparecencia escrita y tambien para entablar con la corte en forma escrita sus defensas y objeciones a las demandas contra usted.  Sea advisado que si usted no se defiende, el caso puede continuar sin usted y la corte puede incorporar un juicio contra usted sin previo aviso para conseguir el dinero demandado en el pleito o para conseguir cualquier otra demanda o alivio solicitados por el demandante.  Usted puede perder dinero o propiedad u otros derechos importantes para usted.

USTED DEBE LLEVAR ESTE DOCUMENTO A SU ABOGADO INMEDIATAMENTE. SI USTED NO TIENE ABOGADO (O NO TIENE DINERO SUFICIENTE PARA PAGAR A UN ABOGADO), VAYA EN PERSONA O LLAME POR TELEFONO LA OFICINA NOMBRADA ABAJO PARA AVERIGUAR DONDE SE PUEDE CONSEGUIR ASSISTENCIA LEGAL.  ESTA OFICINA PUEDE PROPORCIONARLE LA INFORMACION SOBRE CONTRATAR A UN ABOGADO.

SI USTED NO TIENE DINERO SUFICIENTE PARA PAGAR A UN ABOGADO, ESTA OFICINA PUEDE PROPORCIONARLE INFORMACION SOBRE AGENCIAS QUE OFRECEN SERVICIOS LEGALES A PERSONAS QUE CUMPLEN LOS REQUISITOS PARA UN HONORARIO REDUCIDO O NINGUN HONORARIO.

**Philadelphia Bar Association**
**Lawyer Referral and Information Center**
**One Reading Center**
**Philadelphia, PA 19107**
**Telephone 215-238-6333/ TTY 215-451-6197**

Andrew L. Miller & Associates, P.C.
By:  Andrew L. Miller, Esquire
Attorney I.D. #55994
15 St. Asaph's Road
Bala Cynwyd, PA 19004
(610) 617-1776

MAJOR JURY MATTER

ASSESSMENT OF DAMAGES
HEARING REQUIRED

| | |
|---|---|
| Anat Madar<br>2010 Terwood Road<br>Huntingdon Valley, PA 19006 | COURT OF COMMON PLEAS<br>PHILADELPHIA COUNTY |

vs.

City of Philadelphia
c/o City of Philadelphia Law Department:
1515 Arch Street, 17th Floor
Philadelphia, PA 19102
            and
Honorable James Kenney
Mayor of the City of Philadelphia
Room 215, City Hall
1501 Market Street
Philadelphia, PA 19107
            and
David Perri
Commissioner of the Department of
Licenses and Inspections
City of Philadelphia
1401 John F. Kennedy Boulevard
11th Floor
Philadelphia, PA 19102

## <u>COMPLAINT</u>

Plaintiff Anat Madar, by and through her attorney, Andrew L. Miller, Esquire,

brings this action against Defendants City of Philadelphia, Honorable James Kenney,

Mayor of the City of Philadelphia, and David Perri, as Commissioner of the Department

of Licenses and Inspections of the City of Philadelphia and, in support thereof, states the following:

1.     Plaintiff Anat Madar is an adult individual with an address at 2010 Terwood Road, Huntingdon Valley, PA 19006.

2.     Defendant City of Philadelphia is a city of the first class under the laws of the Commonwealth of Pennsylvania with an address c/o City of Philadelphia Law Department, 1515 Arch Street, 17th Floor, Philadelphia, PA 19102.

3.     Defendant Honorable James Kenney is the Mayor of the City of Philadelphia and is named as a defendant only in his official capacity and not personally. His address is Room 215, City Hall, 1501 Market Street, Philadelphia, PA 19107.  As Mayor, Mr. Kenney is responsible for the general direction and oversight of the departments and agencies of the City of Philadelphia, including the Department of Licenses and Inspections.

4.     Defendant David Perri is the Commissioner of the Department of Licenses and Inspections of the City of Philadelphia ("L&I") and is named as a defendant only in his official capacity.  His address is 1401 John F. Kennedy Boulevard, 11th Floor, Philadelphia, PA 19102.  As director, Mr. Perri is responsible for the direction and oversight of L&I and its employees, agents and contractors.

5.     At all times relevant hereto, Defendants acted under color of law in their capacity as state actors.

6.     At all times relevant hereto, Plaintiff was and is the owner of certain real property located in the city and county of Philadelphia with an address of 5025 Reno

Street (the "Property").  Plaintiff obtained title to the Property by deed from the Sheriff of

Philadelphia County dated April 23, 2019 and recorded in the Philadelphia Department of

Records on May 3, 2019, at Document I.D. No. 53507626.  A true and correct copy of

Plaintiff's deed is attached hereto as Exhibit "A".

7.     The Property was sold at the suit of the City of Philadelphia to collect

unpaid taxes.

8.     When Plaintiff purchased the Property at Sheriff's Sale held on March 12,

2019, it was improved with a single-family dwelling house.  The house was in

structurally sound condition.

9.     Plaintiff is in the business of purchasing and renovating properties and she

purchased the Property with the intent of renovating the dwelling house and leasing or

selling the improved Property, for profit.

10.     After purchasing the Property, Plaintiff took possession of and secured the

dwelling house.

11.     Shortly after Plaintiff purchased and took possession of the Property, the

exact date of which is not currently known, Defendant City of Philadelphia, acting by and

through its agents, servants, employees or contractors, within the course and scope of

their employment, agency or duties, without any notice or warning to Plaintiff, without

justification or cause, and without Plaintiff's permission, demolished the dwelling house

located on the Property.

12.     Based on knowledge, information and belief, Plaintiff avers that the person

or persons who demolished the dwelling house were employees, agents or contractors of

L&I and were acting upon the direction and instruction of that department and its Commissioner, David Perri.

13.    As a result of the wrongful demolition of the dwelling house, Plaintiff has suffered damages, including diminishment in the fair market value of the Property, loss of the use and benefits of the Property, additional carrying costs, additional costs to replace the house, and the loss of income and profits anticipated from the improved property.

14.    By letter dated June 11, 2019, Plaintiff, through her counsel, gave Defendant City of Philadelphia notice of her claim.  A true and correct copy of that letter is attached hereto as Exhibit "B".

<u>COUNT I</u>
<u>TRESPASS</u>

15.    Plaintiff incorporates the preceding averments of the Complaint as if set forth at length.

16.    At all times relevant, Plaintiff was in possession and control of the Property and was its lawful owner.

17.    The actions of the Defendants, by and through their agents, servants, employees or contractors, acting upon the direction of Defendants, in intentionally entering upon the Property and demolishing the dwelling house, were without authority, justification, privilege or right, and were in derogation of the rights of Plaintiff.

18.    The actions of the Defendants, as aforesaid, constituted a trespass upon Plaintiff's Property.

19.    As a result, Plaintiff has suffered damages as aforesaid.

WHEREFORE, Plaintiff Anat Madar requests that this Court enter judgment in her favor and against Defendants in an amount in excess of Fifty Thousand ($50,000.00) Dollars, plus interest, costs and attorney's fees as permitted by law, and grant such other and further relief as this Court deems just.

## COUNT II
## NEGLIGENCE

20.    Plaintiff incorporates by reference the preceding averments of this Complaint as it set forth at length.

21.    Defendants were negligent and careless in the following:

a.    Ordering the demolition of the dwelling house where it was secure and posed no harm or threat of harm to individuals or the community;

b.    Failing to take reasonable steps to determine whether the dwelling house constituted a harm or threat of harm to individuals or the community before ordering its demolition;

c.    Failing to give notice to the Plaintiff, as owner of the Property, before entering onto the Property and demolishing the house;

d.    Failing to give notice to Plaintiff of Defendants' intention to demolish the house, despite the fact that Plaintiff's ownership of the Property and the address of Plaintiff is a matter of public record;

e.    Failing to post the Property with notice of Defendants' intention to demolish the Property;

f.      Failing otherwise to take reasonable efforts to contact and give notice to Plaintiff of their intention to demolish the house, especially since Defendants knew or should have known that a new owner had recently purchased the Property;

g.      Demolishing the house where the structure was sound, stable and secure and did not present any threat to the public health or safety;

h.      Trespassing on the Property and demolishing the house without the consent of the Plaintiff;

i.      Failing to warn Sheriff's sale bidders of an intention to demolish the structure;

j.      Violating applicable laws, statutes and ordinances;

k.      Failing to follow established procedures and protocols; and

l.      Acting in an otherwise negligent and careless manner under the circumstances.

22.     As a direct result of the negligence and carelessness of Defendants, Plaintiff has suffered damages as aforesaid.

WHEREFORE, Plaintiff Anat Madar requests that this Court enter judgment in her favor and against Defendants in an amount in excess of Fifty Thousand ($50,000.00) Dollars, plus interest, costs and attorney's fees as permitted by law, and grant such other and further relief as this Court deems just.

## COUNT III
## VIOLATION OF DUE PROCESS AND EQUAL PROTECTION OF LAW

23.     Plaintiff incorporates by reference the preceding averments of this Complaint as if set forth at length.

24.     The actions of the Defendants in ordering, authorizing and demolishing the dwelling house, which was structurally sound and presented no danger to the public, without notice to Plaintiff, the property's owner, were arbitrary, capricious and contrary to law and violated Plaintiff's rights to due process and equal protection of law under the Pennsylvania Constitution and the United States Constitution.

25.     The actions of Defendants in ordering, authorizing and demolishing the dwelling house without providing Plaintiff with notice and opportunity to contest the demolition were arbitrary, capricious and contrary to law and violated Plaintiff's rights to due process and equal protection of laws under the Pennsylvania Constitution and the United States Constitution.

26.     The actions of Defendants as aforesaid have effected a taking of Plaintiff's property without just compensation in violation of rights guaranteed by the Pennsylvania and United States Constitutions.

27.     As a result of Defendants' actions in violation of law, Plaintiff has suffered damages as aforesaid.

WHEREFORE, Plaintiff Anat Madar requests that this Court enter judgment in her favor and against Defendants in an amount in excess of Fifty Thousand ($50,000.00)

Dollars, plus interest, costs and attorney's fees as permitted by law, and such other and further relief as this Court deems just.

## COUNT IV
## TAKING

28.     Plaintiff incorporates by reference the preceding averments of the Complaint as if set forth at length.

29.     The actions of Defendants in ordering, authorizing and demolishing the dwelling house without notice or permission of Plaintiff, and without opportunity for prior hearing, constitute a *de facto* taking of Plaintiff's property for public use.

30.     Pursuant to the United States Constitution, the Pennsylvania Constitution, especially Article I, Section 10 thereof, and the Pennsylvania Eminent Domain Code, 2006 May 4, P.L. 112, No. 23, as amended (26 Pa. C.S.A. § 101, et seq.), Plaintiff is entitled to just compensation for the property interests so taking together with such other compensation and damages as are provided by the Eminent Domain Code and applicable law.

WHEREFORE, Plaintiff Anat Madar requests that this Honorable Court determine that the actions of Defendants constitute a taking of Plaintiff's property and order that Defendants pay just compensation and award such other damages and compensation as are provided by the Pennsylvania Eminent Domain Code and by applicable law, and grant such other and further relief as this Court deems just.

Case ID: 191103525

## COUNT V
## ACTION PURSUANT TO 42 U.S.C. § 1983

31.    Plaintiff incorporates by reference the preceding averments of the

Complaint as if set forth at length.

32.    42 U.S.C. § 1983 provides in pertinent part:

> Every person who, under color of any statute, ordinance,
> regulation, custom or usage, of any state . . . subjects or
> causes to be subjected, any citizen of the United States . . . to
> the deprivation of any rights, privileges or immunities secured
> by the Constitution and law, shall be liable to the party
> injured in an action at law, suit in equity, or other proper
> proceeding for redress . . .

33.    Defendants City of Philadelphia, James Kenney and David Perri are

"persons" within the meaning of 42 U.S.C. § 1983.

34.    Plaintiff is a "citizen of the United States" within the meaning of 42 U.S.C.

§ 1983.

35.    Defendants City of Philadelphia, James Kenney and David Perri are liable

to Plaintiff for damages for depriving it of its rights secured by the Constitution and law,

including but not limited to, its rights to due process and equal protection of laws and its

right not to be deprived of property without due process of law.

WHEREFORE, Plaintiff Anat Madar requests that this Court enter judgment in its

favor and against Defendants in an amount in excess of Fifty Thousand ($50,000.00)

Dollars, plus interest and costs, and award her attorney's fees, and grant such other and

further relief as this Court deems just.

Andrew L. Miller & Associates, P.C.

By: _____

Andrew L. Miller, Esquire
Attorney for Plaintiff Anat Madar

## VERIFICATION

I, Anat Madar, say that the facts and information set forth in the within Complaint are true and correct to the best of my knowledge, information and belief and that this Verification is made in accordance with the provisions of 18 Pa. C.S.A. § 4904 relating to unsworn falsification to authorities.

Date: 11/20/19

Anat Madar



Filed and Attested by the
Office of Judicial Records
26 NOV 2019 03:54 pm
S. PELLEGRINI

# EXHIBIT A

Case ID: 191103525

eRecorded in Philadelphia PA   Doc Id: 53507626
05/03/2019 12:05 PM     Page 1 of 6     Rec Fee: $256.75
Receipt#: 19-42519
Records Department    Doc Code: DS
State RTT: $104.03   Local RTT: $341.01

1902-4086

# Know all Men by these Presents

*THAT I, Jewell Williams, Sheriff of the County of Philadelphia in the Commonwealth of Pennsylvania, for*

*and in consideration of the sum of TWELVE THOUSAND ONE HUNDRED AND XX / 100 [$12,100.00]*

*dollars, to me in hand paid, do hereby grant and convey to ANAT MADAR .*

## DESCRIPTION

BRT#: 441306700

Premises Being:    5025 RENO ST, PHILADELPHIA, PA 19139-1647

SEE ATTACHED LEGAL DESCRIPTION

*The same having been sold, on the 21st day of March Anno Domini Two Thousand Nineteen, after due advertisement, according to the law, under and by virtue of a Writ of Execution/DECREE issued out of the Court of Common Pleas as of July Term, Two Thousand Fourteen Number T0020 as the suit of:*

CITY OF PHILADELPHIA

VS.

NORMAN KENNETH JONES, SR. (A/K/A NORMAN JONES) AND DELORES JONES

**In witness whereof, I have hereunto affixed my signature this 23rd day of April Anno Domini Two Thousand Nineteen.**

**SEALED AND DELIVERED
IN THE PRESENCE OF:**

_____
Witness

_Richard Tyer_
_____
Witness

**Jewell Williams, SHERIFF**

BY

_Joseph C. Vignola_
_____
Joseph C. Vignola, Undersheriff

**Commonwealth of Pennsylvania**  :
**County of Philadelphia**  :

On this, the 23 Apr 2019, before me, the undersigned Officer, personally appeared JEWELL WILLIAMS, BY HIS/HER UNDERSHERIFF JOSEPH C. VIGNOLA, Sheriff of the County of Philadelphia, known to me (or satisfactorily proven) to be the person described in the foregoing instrument, and acknowledged that he/she executed the same in the capacity therein stated and for the purposes therein contained.

In Witness Whereof, I hereunto set my hand and official seal.

*Steven J. Wulko*
_____
**Office of Judicial Records**
Steven J. Wulko, Deputy Director

Book No. _____ 1902
Writ No. _____ 4086
Control No. _____

# Deed = Poll

Jewell Williams, SHERIFF

TO

ANAT MADAR

Jul. T. 2014

No. _____ T0020

Premises:
5025 RENO ST
PHILADELPHIA, PA19139-1647

CITY OF PHILADELPHIA

VS.

NORMAN KENNETH JONES, SR. (A/K/A NORMAN JONES) AND
DELORES JONES

Sheriff of the County of Philadelphia
Chief Inspector Richard Verrecchio
Witness
Real Estate/Settlement Dept.
Land Title Building
100 South Broad Street 5th Floor
Philadelphia, PA19110

The Address of the within-named Grantee
2010 TERWOOD RD
HUNTINGDON VY, PA19006
On behalf of the Grantee
Jewell Williams, SHERIFF
Philadelphia Sheriff Office

Case ID: 191103525

REV-183 EX (2-15)



**pennsylvania**
DEPARTMENT OF REVENUE

Bureau of Individual Taxes
PO BOX 280603
Harrisburg, PA 17128-0603

**REALTY TRANSFER TAX**
**STATEMENT OF VALUE**

See reverse for instructions.

53507626   Page 4 of **RECORDER'S USE ONLY**

| | |
|---|---|
| State Tax Paid | |
| Book Number | |
| Page Number | |
| Date Recorded | |

Complete each section and file in duplicate with Recorder of Deeds when (1) the full value/consideration is not set forth in the deed, (2) the deed is without consideration or by gift, or (3) a tax exemption is claimed. If more space is needed, please attach additional sheets. A Statement of Value (SOV) is not required if the transfer is wholly exempt from tax based on family relationship or public utility easement. However, it is recommended that a SOV accompany all documents filed for recording.

## A. CORRESPONDENT - All inquiries may be directed to the following person:

| Name | Telephone Number |
|---|---|
| Sheriff of the County of Philadelphia | (215) 686-3530 |

| Mailing Address | City | State | ZIP Code |
|---|---|---|---|
| Land Title Building 100 South Broad Street 5th Floor | Philadelphia | PA | 19110 |

## B. TRANSFER DATA

Date of Acceptance of Document

| Grantor(s)/Lessor(s) | Grantee(s)/Lessee(s) |
|---|---|
| Jewell Williams, Sheriff | ANAT MADAR |

| Mailing Address | Mailing Address |
|---|---|
| Land Title Building 100 South Broad Street 5th Floor | 2010 TERWOOD RD |

| City | State | ZIP Code | City | State | ZIP Code |
|---|---|---|---|---|---|
| Philadelphia | PA | 19110 | HUNTINGDON VY | PA | 19006 |

## C. REAL ESTATE LOCATION

| Street Address | City, Township, Borough |
|---|---|
| 5025 RENO ST | PHILADELPHIA |

| County | School District | Tax Parcel Number |
|---|---|---|
| Philadelphia | | 441306700 |

## D. VALUATION DATA

Was transaction part of an assignment or relocation?  ☐ Y  ☐ N

| 1. Actual Cash Consideration | 2. Other Consideration | 3. Total Consideration |
|---|---|---|
| $12,100.00 | + $0.00 | = $12,100.00 |

| 4. County Assessed Value | 5. Common Level Ratio Factor | 6. Computed Value |
|---|---|---|
| $10,300.00 | x 1.01 | = $10,403.00 |

## E. EXEMPTION DATA - Refer to instructions for exemption status.

| 1a. Amount of Exemption Claimed | 1b. Percentage of Grantor's Interest in Real Estate | 1c. Percentage of Grantor's Interest Conveyed |
|---|---|---|
| | | |

2. Check Appropriate Box Below for Exemption Claimed.

☐ Will or intestate succession. _____
(Name of Descendant)            (Estate File Number)

☐ Transfer to a trust. (Attach complete copy of trust agreement identifying all beneficiaries.)

☐ Transfer from a trust. Date of transfer into trust _____

If trust was amended attach a copy of original and amended trust.

☐ Transfer between principal and agent/straw party. (Attach complete copy of agency/straw party agreement.)

☐ Transfers to the commonwealth, the U.S. and instrumentalities by gift, dedication, condemnation or in lieu of condemnation. (If condemnation or in lieu of condemnation, attach copy of resolution.)

☐ Transfer from mortgagor to a holder of a mortgage in default. (Attach copy of mortgage and note/assignment.)

☐ Corrective or confirmatory deed. (Attach complete copy of the deed to be corrected or confirmed.)

☐ Statutory corporate consolidation, merger or division. (Attach copy of articles.)

☐ Other (Please explain exemption claimed.) _____

Under penalties of law or ordinance, I declare that I have examined this Statement, including accompanying information, and to the best of my knowledge and belief, it is true, correct and complete.

| Signature of Correspondent or Responsible Party | Date |
|---|---|
| Stephanie Cruz | 04/23/2019 |

**FAILURE TO COMPLETE THIS FORM PROPERLY OR ATTACH REQUESTED DOCUMENTATION MAY RESULT IN THE RECORDER'S REFUSAL TO RECORD THE DEED.**

Case ID: 191103525

| | BOOK NO | PAGE NO |
|---|---|---|

## PHILADELPHIA REAL ESTATE
## TRANSFER TAX CERTIFICATION

DATE RECORDED

CITY TAX PAID

Complete each section and file in duplicate with Recorder of Deeds when (1) the full consideration/value is/is not set forth in the deed, (2) when the deed is with consideration, or by gift, or (3) a tax exemption is claimed. If more space is needed, attach additional sheet(s).

**A. CORRESPONDENT - All inquiries may be directed to the following person:**

| NAME | TELEPHONE NUMBER |
|---|---|
| Sheriff of the County of Philadelphia | (215) 686-3530 |

| STREET ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| Land Title Building100 South Broad Street 5th Floor | Philadelphia | PA | 19110 |

**B. TRANFER DATA**

DATE OF ACCEPTANCE OF DOCUMENT:

| GRANTOR(S)/LESSOR(S) | GRANTEE(S)/LESSEE(S) |
|---|---|
| Jewell Williams, Sheriff | ANAT MADAR |

| STREET ADDRESS | STREET ADDRESS |
|---|---|
| Land Title Building100 South Broad Street 5th Floor | 2010 TERWOOD RD |

| CITY | STATE | ZIP CODE | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|
| Philadelphia | PA | 19110 | HUNTINGDON VY | PA | 19006 |

**C. PROPERTY LOCATION**

| STREET ADDRESS | CITY, TOWNSHIP, BOROUGH |
|---|---|
| 5025 RENO ST | PHILADELPHIA |

| COUNTY | SCHOOL DISTRICT | TAX PARCEL NUMBER |
|---|---|---|
| PHILADELPHIA | | 441306700 |

**D. VALUATION DATA**

| 1. ACTUAL CASH CONSIDERATION | 2. OTHER CONSIDERATION | 3. TOTAL CONSIDERATION |
|---|---|---|
| $12,100.00 | + $0.00 | = $12,100.00 |

| 4. COUNTY ASSESSED VALUE | 5. COMMON LEVEL RATIO FACTOR | 6. FAIR MARKET VALUE |
|---|---|---|
| $10,300.00 | x 1.01 | = $10,403.00 |

**E. EXEMPTION DATA**

| 1A. AMOUNT OF EXEMPTION | 1B. PERCENTAGE OF INTEREST CONVEYED | |
|---|---|---|
| | | **Transfer Tax:  $445.04** |

**2. Check Appropriate Box Below for Exemption Claimed**

☐ Will or intestate succession

                     (NAME OF DECEDENT)                    (ESTATE FILE NUMBER)

☐ Transfer to Industrial Development Agency.

☐ Transfer to agent or straw party. (Attach copy of agency/straw party agreement).

☐ Transfer between principal and agent. (Attach copy of agency/straw trust agreement). Tax paid prior deed $ _____ .

☐ Transfer to the Commonwealth, the United States, and instrumentalities by gift, dedication, condemnation or in lieu of condemnation. (Attach copy of resolution).

☐ Transfer from mortgagor to a holder of a mortgage in a default. Mortgage Book Number _____ , Page Number _____ . Mortgagee (grantor) sold property to Mortgagor (grantee) (Attach copy of prior deed).

☐ Corrective deed (Attach copy of the prior deed).

☐ Other (Please explain exemption claimed, if other than listed above.) _____

_____

_____

*Under penalties of law or ordinance, I declare that I have examined this Statement, including accompanying information, and to the best of my knowledge and belief, it is true, correct and complete.*

| SIGNATURE OF CORRESPONDENT OR RESPONSIBLE PARTY | DATE |
|---|---|
| Stephanie Cruz | 4/23/2019 |

Case ID: 191103525

ATTACHED TO AND FORMING A PART OF TAX INFORMATION CERTIFICATE
**Order Number:** LTS1943187
**Client Number:** 441306700

## LEGAL DESCRIPTION:

ALL THAT CERTAIN lot or piece of ground with the 2 story brick messuage or tenement thereon erected.

SITUATE on the North side of Reno Street at the distance of 169 feet 11 1/2 inches Westward from the West side of 50th Street in the 44th Ward of the City of Philadelphia.

CONTAINING in front or breadth on the said Reno Street 14 feet 1 inch and extending of that width in length or depth Northward between parallel lines at right angles with the said Reno Street 51 feet 6 inches to the middle of a certain 3 feet wide alley which extends Eastward and Westward from said 50th Street to 51st Street.

BEING NO. 5025 Reno Street.

TOGETHER with the free and common use, right, liberty and privilege of the said alley as and for a passageway and watercourse at all times hereafter, forever.

BEING the same premises which Mary Corcoran, Widow by Deed dated 7/23/1948 and recorded 7/26/1948 in Philadelphia County in Deed Book CJP 2096 page 425 conveyed unto Viola P. Baker Widow her heirs and assigns, in fee.

**FRONTAGE:** 14.08'x50'

Case ID: 1407T0020

Case ID: 191103525

Filed and Attested by the
Office of Judicial Records
26 NOV 2019 01:54 pm
S. PILEGRINI

# EXHIBIT B

LAW OFFICES

# ANDREW L. MILLER

&

## ASSOCIATES

A PROFESSIONAL CORPORATION

15 ST. ASAPH'S ROAD

BALA CYNWYD, PENNSYLVANIA 19004-2405

ANDREW L. MILLER *
DANIEL S. COVAL, JR.

*ADMITTED TO PRACTICE IN
PENNSYLVANIA AND NEW JERSEY

(610) 617-1776

FAX (610) 664-9435

E-MAIL: AMILLER@AMILLERLAW.COM

June 11, 2019

Via Certified Mail, RRR
and First Class Mail

City of Philadelphia
Risk Management
Tort Claims Notice
1515 Arch Street
14th Floor
Philadelphia, PA 19102

      Re:    My Client:   Anat Madar
                   Wrongful Demolition of 5025 Reno Street

Dear Sir or Madam:

Claim is hereby made against the City of Philadelphia for negligent demolition of the property at the above address. My client purchased the property at Sheriff's sale on March 12, 2019. The property was subsequently torn down by the City of Philadelphia without notice to my client and in violation of my client's constitutional rights. Demand is hereby made for compensation to my client for the value of the property. Please assign this matter to the appropriate adjuster and have them contact me immediately.

Thank you.

Very truly yours,

Andrew L. Miller, Esquire
ALM:lf
cc:   Anat Madar



RECEIVED
DEC 04 2019
By_____MCR