**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ANAT MADAR,** | : | **CIVIL ACTION** |
| | : | |
| *Plaintiff,* | : | |
| | : | |
| **v.** | : | **No. 19-6033** |
| | : | |
| **CITY OF PHILADELPHIA, et al.,** | : | |
| | : | |
| *Defendants.* | : | |

## ORDER

**AND NOW**, this 27th day of May, 2021, upon consideration of Defendants' Motion for Summary Judgment (Doc. No. 17), Plaintiff's Response (Doc. No. 27), and Defendants' Reply Brief (Doc. No. 30), it is hereby **ORDERED** that the Motion is **GRANTED**. **JUDGMENT IS ENTERED** in favor of Defendants on all claims in the Complaint. The Clerk of Court shall mark this case **CLOSED**.

**BY THE COURT:**

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**